___ ✓ FILED          ___ RECEIVED
___ ENTERED          ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 23 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-177-GMN-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ASHLEY JORDAN STEELE, | |
| Defendant. | |

This Court finds Ashley Jordan Steele pled guilty to Count One of a One-Count Criminal Information charging her with sexual exploitation of a child in violation of 18 U.S.C. § 2251(a). Criminal Information, ECF No. 37; Arraignment & Plea, ECF No. 41; Plea Agreement, ECF No. 39.

This Court finds Ashley Jordan Steele agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 37; Arraignment & Plea, ECF No. 41; Plea Agreement, ECF No. 39.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Ashley Jordan Steele pled guilty.

The following property is (1) any visual depiction described in 18 U.S.C. § 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2251(a) and (2) any property, real or personal, used or intended to be used to

1  commit or to promote the commission of 18 U.S.C. § 2251(a) or any property traceable to

2  such property and is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (a)(3):

3        1.  A Cool Pad cell phone, bearing IMEI: 861325031435711 (property).

4        This Court finds that on the government's motion, the Court may at any time enter

5  an order of forfeiture or amend an existing order of forfeiture to include subsequently

6  located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

7  32.2(b)(2)(C).

8        This Court finds the United States of America is now entitled to, and should, reduce

9  the aforementioned property to the possession of the United States of America.

10        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

11  DECREED that the United States of America should seize the aforementioned property.

12        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

13  rights, ownership rights, and all rights, titles, and interests of Ashley Jordan Steele in the

14  aforementioned property are forfeited and are vested in the United States of America and

15  shall be safely held by the United States of America until further order of the Court.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

17  of America shall publish for at least thirty (30) consecutive days on the official internet

18  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

19  describe the forfeited property, state the time under the applicable statute when a petition

20  contesting the forfeiture must be filed, and state the name and contact information for the

21  government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)

22  and 21 U.S.C. § 853(n)(2).

23        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

24  or entity who claims an interest in the aforementioned property must file a petition for a

25  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

26  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

27  853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

28  / / /

2

1 | right, title, or interest in the forfeited property and any additional facts supporting the

2 | petitioner's petition and the relief sought.

3 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

4 | must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

5 | Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

6 | not sent, no later than sixty (60) days after the first day of the publication on the official

7 | internet government forfeiture site, www.forfeiture.gov.

8 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

9 | petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

10 | Attorney's Office at the following address at the time of filing:

11 |         Daniel D. Hollingsworth
        Assistant United States Attorney

12 |         James A. Blum
        Assistant United States Attorney

13 |         501 Las Vegas Boulevard South, Suite 1100
        Las Vegas, Nevada 89101.

14 |

15 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

16 | described herein need not be published in the event a Declaration of Forfeiture is issued by

17 | the appropriate agency following publication of notice of seizure and intent to

18 | administratively forfeit the above-described property.

19 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

20 | copies of this Order to all counsel of record.

21 |     DATED _____July 23_____, 2021.

22 |

23 |

24 |             GLORIA M. NAVARRO
            UNITED STATES DISTRICT JUDGE

25 |

26 |

27 |

28 |