Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: dustin@fumolaw.com
Attorney for Defendant – Ashley Steele

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:21-cr-00177-GMN-EJY-1 |
| | ) |
| **ASHLEY STEELE  ,** | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between DUSTIN R. MARCELLO, ESQ., Counsel for Defendant Ashley  Steele and Bianca Pucci, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for November 3rd, 2021, at 9 a.m., be vacated and reset by a date convenient for the Court 60 days, or the second week of January.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and she has no objection to the request of continuance and has requested counsel seek a continuance on her behalf.

2. Defendant is in custody in Pahrump.

-1-

3. Counsel has spoken to AUSA BIANCA PUCCI and she does not oppose to the continuance.

4. After speaking with Ms. Steele after the previous hearings, there are a number of further concerns Ms. Steele had about her sentencing and to address collateral issues she feels are important prior to being sentenced by the Court.

5. That Ms. Steele requests she be brought to Court for sentencing in person.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to a date convenient for the Court after 60 days, or the second week of January.

This is the first request for continuance filed herein.

DATED: October 25, 2021

/S/ Dustin R. Marcello, Esq.
DUSTIN R. MARCELLO, ESQ.
601 LAS VEGAS BOULEVARD, S
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
Ashley Steele

/S/ BIANCA R. PUCCI, Esq.
BIANCA PUCCI, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101
ATTORNEY FOR UNITED STATES OF
AMERICA

1
2
3
4   Dustin R. Marcello, Esq.
    Nevada bar No. 10134
5   PITARO & FUMO, CHTD.
    601 Las Vegas Boulevard, South
6   Las Vegas, Nevada 89101
    (702) 474-7554 Fax (702) 474-4210
7   Email: dustin@fumolaw.com
    Attorney for Defendant – Ashley Steele
8
9
10                      UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA
11                                 * * *
12
13  **UNITED STATES OF AMERICA**,          )
                                           )
14                      Plaintiff,         )
                                           )
15  v.                                     )        CASE NO.: 2:21-cr-00177-GMN-EJY-1
                                           )
16                                         )
17  **ASHLEY STEELE,**                     )
                                           )
18                                         )
                        Defendant.         )
19  _____       )
20
21                        **FINDINGS OF FACT**
22
        Based on the pending Stipulation of counsel, and good cause appearing therefore, the
23
    Court finds:
24
        This Stipulation is entered into for the following reasons:
25
        1.  Counsel for defendant has spoken to defendant and she has no objection to the
26
            request of continuance, and has directed counsel to seek the continuance on her
27
            behalf.
28
        2.  Defendant is in custody in Pahrump.

                                        -3-

3. Counsel has spoken to AUSA BIANCA PUCCI and she does not oppose to the continuance.

4. After speaking with Ms. Steele after the previous hearings, there are a number of further concerns Ms. Steele had about her sentencing and to address collateral issues she feels are important prior to being sentenced by the Court.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the second request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for November 3, 2021, at 9:00 a.m., be continued to the __19th__ day of_____January_____, _2022_ at ___10:00 a.m.___, in courtroom __7D__

DATED this __26__ day of _____October_____, 2021.

_____
U.S. DISTRICT JUDGE

-4-